## HILL v. STATE.
### No. 25321.

Court of Criminal Appeals of Texas.
May 23, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for the offense of driving a motor vehicle while intoxicated. The jury assessed the punishment at $50 fine.

There is neither a statement of facts nor bill of exception brought forward with the record on this appeal. All the proceedings appear regular.

There being no question presented for review, the judgment of the trial court is affirmed.